UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEDI CORP.,

        Plaintiff,

  v.

SEATTLE GLASS BLOCK WINDOW, INC.,

        Defendant.

C18-636 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motions to seal, docket nos. 62 and 66, are GRANTED. Exhibits 1-3, 7, and 8 to the Declaration of Daniel J. Becka, docket no. 65, and Exhibits 1 and 2 to the Declaration of Brian F. McMahon, docket nos. 69 and 70, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1